## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT ANTHONY BROWN, | Civil No. 18-14462 (KM) |
| Petitioner, | |
| v. | **MEMORANDUM AND ORDER** |
| WARDEN CHARLES GREEN, | |
| Respondent. | |

Petitioner, Robert Anthony Brown, is an immigration detainee currently lodged at the Essex County Correctional Facility in Newark, New Jersey. He brings this habeas petition pursuant to 28 U.S.C. § 2241. A habeas petition must include either a $5.00 filing fee or an application to proceed *in forma pauperis*. Mr. Brown's habeas petition included neither. Thus, this case will be administratively terminated. Mr. Brown shall be given an opportunity to reopen this action should he so choose.

Therefore, IT IS this 2d day of October, 2018,

ORDERED that the Clerk of the Court shall administratively terminate this case; and it is further

ORDERED that, if petitioner wishes to reopen this case, he shall so notify the Court, in writing addressed to the Clerk of the Court, Martin Luther King Jr. Federal Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, 07101; petitioner's writing shall include either the $5.00 filing fee or a complete application to proceed *in forma pauperis*; and it is further

ORDERED that, upon receipt of a writing from petitioner stating that he wishes to reopen this case and either the $5.00 filing fee or a complete application to proceed *in forma pauperis*, the Clerk of the Court will be directed to reopen this case; and it is finally

ORDERED that the Clerk shall serve upon petitioner by regular U.S. mail (1) a copy of this Memorandum Order and (2) a blank form Application to Proceed in District Court Without Prepaying Fees or Costs, AO 239 (Rev. 01/15).

KEVIN MCNULTY
United States District Judge